No. 70–5378.  SINGAL *v.* R. J. REYNOLDS TOBACCO CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 70–5384.  WILLIAMS *v.* VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied.

No. 70–5407.  SANASSARIAN *v.* CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 71–4.  FRONTIER CONTACT LENSES, INC., ET AL. *v.* PLASTIC CONTACT LENS CO.  C. A. 2d Cir.  Certiorari denied.

No. 71–38.  TUCKER *v.* MOLLER ET AL.  C. A. 2d Cir. Certiorari denied.

No. 71–116.  CARACCI *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–120.  CENTRAL GULF STEAMSHIP CORP. *v.* SAMMON.  C. A. 2d Cir.  Certiorari denied.

No. 71–130.  PACIFIC WESTBOUND CONFERENCE ET AL. *v.* FEDERAL MARITIME COMMISSION ET AL.  C. A. 5th Cir. Certiorari denied.

No. 71–133.  HOLLAND *v.* HOLLAND.  Sup. Ct. Ohio. Certiorari denied.

No. 71–148.  JOHN KALIN FUNERAL HOME, INC., DBA LACEY FUNERAL HOME *v.* FULTZ ET AL.  C. A. 9th Cir. Certiorari denied.

No. 71–152.  ELLIOTT ET AL. *v.* HOBERMAN ET AL.; and
No. 71–252.  MOONEY ET AL. *v.* HOBERMAN ET AL.  Ct. App. N. Y.  Certiorari denied.  Reported below: 28 N. Y. 2d 530 and 970, 267 N. E. 2d 886 and 272 N. E. 2d 81.